SAMUEL OPOKU

FORMER ADDRESS:

735 PARKFORD LANE

ARLINGTON TEXAS 76001

CURRENT ADDRESS

WICHITA FALL HOUSING AUTHORITY

202 EAST WICHITA STREET

APT D WICHITA FALL TEXAS 76306

CELL 214-578-8480

EMAIL: yawsamus@gmail.com